1  HENRY WEISSMANN (SBN 132418)
   henry.weissmann@mto.com
2  TAMERLIN J. GODLEY (SBN 194507)
   tamerlin.godley@mto.com
3  MARGARET G. MARASCHINO (SBN 267034)
   margaret.maraschino@mto.com
4  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue
5  Thirty-Fifth Floor
   Los Angeles, California 90071-1560
6  Telephone:    (213) 683-9100
   Facsimile:    (213) 687-3702
7
   Attorneys for Defendant VERIZON
8  CALIFORNIA INC.

9

                    UNITED STATES DISTRICT COURT
10
                    EASTERN DISTRICT OF CALIFORNIA
11

12

13  SPRINT COMMUNICATIONS
    COMPANY L.P.,                              Case No. 2:14-cv-01257-MCE-CKD

14              Plaintiff,                      **ORDER THAT VERIZON CALIFORNIA
                                                INC.'S MOTION TO SEVER AND
15        vs.                                   TRANSFER WILL BE DECIDED ON
                                                BRIEFS AND ON SHORTENED TIME**
16  PACIFIC BELL TELEPHONE COMPANY
    D/B/A AT&T CALIFORNIA;                      Judge: Hon. Morrison C. England, Jr,
17  VERIZON CALIFORNIA, INC; SUREWEST           Courtroom: #7
    TELEPHONE; and SUREWEST                     Action Filed: May 21, 2014
18  TELEVIDEO,

19              Defendants.

20

21

22

23

24

25

26

27

28
    ─────────────────────────────
    24675206.1
─────────────────────────────────────────────────────────
    ORDER THAT VERIZON CALIFORNIA INC.'S MOTION TO SEVER AND TRANSFER BE DECIDED ON
                            BRIEFS AND ON SHORTENED TIME

1    Upon stipulation of all parties:

2    (1) Verizon California Inc.'s motion to sever and to transfer venue (Docket Number 42)

3  shall be decided on the record and briefs on file without oral argument.  The October 30, 2014,

4  hearing date for this motion is hereby VACATED.

5    (2) The time to decide the motion to sever and transfer is SHORTENED so that the Court

6  may decide the motion forthwith.  All parties have stated that they do not oppose the motion.

7    **IT IS SO ORDERED.**

8  Dated:  October 14, 2014

9

10  _____

       MORRISON C. ENGLAND, JR., CHIEF JUDGE

11     UNITED STATES DISTRICT COURT

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

24675206.1

ORDER THAT VERIZON CALIFORNIA INC.'S MOTION TO SEVER AND TRANSFER BE DECIDED ON
BRIEFS AND ON SHORTENED TIME